146 A.3d 472

**KAMARA, Zainab**

v.

**STATE of Maryland**

**No. 268, Sept.Term, 2016**

Court of Appeals of Maryland.

September 29, 2016

Opinion of the Court of Special Appeals unreported (Nos. 1140 & 1141, Sept. Term, 2015).

Petition for writ of certiorari denied.

■

146 A.3d 472

**KITCHEN, Tremaine Lamont**

v.

**STATE of Maryland**

**No. 244, Sept. Term, 2016**

Court of Appeals of Maryland.

September 29, 2016

Dismissed by the Court of Special Appeals (No. 1883, Sept. Term, 2010).

Petition for writ of certiorari dismissed.